# UNITED STATES DISTRICT COURT

RECEIVED

____Middle____ District of ____Alabama____

2006 FEB 13 A 10: 28

Kurt Taylor
Plaintiff

v.

P. Whatley et al.
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:06cv135-WKW

I, Kurt Taylor 216804 declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?     ☑ Yes     ☐ No     (If "No," go to part 2)
    If "Yes," state the place of your incarceration _____
    Are you employed at this institution? _____ Do you receive any payment from the Institution? _____
    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?     ☐ Yes     ☑ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your last employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Disabled/Handicap

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment     ☐ Yes     ☑ No
    b.  Rent payments, interest or dividends              ☐ Yes     ☑ No
    c.  Pensions, annuities or life insurance payments    ☐ Yes     ☑ No
    d.  Disability or workers compensation payments       ☐ Yes     ☑ No
    e.  Gifts or inheritances                             ☐ Yes     ☑ No
    f.  Any other sources                                 ☐ Yes     ☑ No

    If the answer to any of the above "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  *None*

I declare under penalty of perjury that the above information is true and correct.

2-6-06                          *Kurt Taylor*
_____                     _____
   Date                             Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

VIII. **FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:**

A financial statement containing all transactions in your prisoner acount for the four (4) months immediately preceding the filing of the Complaint **must** accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

**CERTIFICATE**
(Prisoner Accounts Only)

I HEREBY CERTIFY that __Kipt K. Taylor__ has the sum of $ __1.00__
(Name of Plaintiff/Petitioner)

as of __2/7/06__ on account to his credit at the __Holman CF__
(date)

institution where he is confined. I FURTHER CERTIFY that the above named prisoner has the following securities to his credit according to the records of this institution:

_____
_____
_____

_____
Authorized Officer of Institution

```
                        STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                    HOLMAN CORRECTIONAL FACILITY


AIS #: 216804      NAME: TAYLOR, KURT KILPATRICK        AS OF: 02/07/2006

                   # OF        AVG DAILY           MONTHLY
         MONTH     DAYS        BALANCE             DEPOSITS
-------------------------------------------------------------------------

         FEB       21          $2.00               $0.00
         MAR       31          $2.00               $0.00
         APR       30          $6.06               $20.00
         MAY       31          $1.00               $0.00
         JUN       30          $1.00               $0.00
         JUL       31          $1.00               $0.00
         AUG       31          $1.00               $0.00
         SEP       30          $1.00               $0.00
         OCT       31          $1.00               $0.00
         NOV       30          $1.00               $0.00
         DEC       31          $1.00               $0.00
         JAN       31          $1.00               $0.00
         FEB        7          $1.00               $0.00
```