U.S.D.C.
For The Middle District of Ala.
Northern Division

Kurt Taylor,
   Plaintiff
V. Paul Whatley
~~Sheriff Raymond Rogers~~ et.al
   Defs.

Civil Action No. _____

## Perjury Unreasonable Denial
### Judge Walker    (Taylor V. Rogers) cv-1209

As of Jan. 13, 2006 + screened this complaint and Recommended that this complaint be dismissed, but this is not a final order. But on Feb. 2006 Judge Susan Russ Walker denied my IFP on the grounds that I have (3) dismissals (strikes) when in actually I have only (2) strikes and she denied my IFP on Defs. Paul Whatley et.al. I was advised by the court that this is not a final order (cv-1209), so their was no reason to deny my IFP on the status that I already had (3) strikes. I don't know how, or why this happen but maybe the filings of a Judge complaint form I will get answers and get to the bottom of how Judge Walker knew that she only had recommendation status not final order, but she illegally denied I the Plaintiff of my IFP status and she knew I only possessed (2) strikes, so theirs no confusion as to the record on all this.
Due to the fact that I'm contesting the illegal scoring (Security Level) (med. Level 4 to Maxium Level 6) and transfer, etc...

Done this Feb. 21, 2006

Respectfully Submitted,
Kurt Taylor