IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KURT TAYLOR, #216 804, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-135-WKW- |
| ) | SRW (WO) |
| PAUL WHALEY, et al., ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

On February 16, 2006, the Magistrate Judge filed a Recommendation (Doc. # 3) in this case. The plaintiff did not file an objection.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge (Doc. # 3) is ADOPTED.

2. The plaintiff's action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 14th day of March, 2006.

                    /s/ W. Keith Watkins
                    UNITED STATES DISTRICT JUDGE